**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| NATHAN OWEN TACY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CAUSE NO: 3:12-cv-712-RL-CAN |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC. a/k/a NEW ENGLAND ) | |
| COMPOUNDING CENTER; ) | |
| AMERIDOSE, LLC; and ALAUNUS ) | |
| PHARMACEUTICAL, LLC, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT ALAUNUS PHARMACEUTICAL, LLC'S MOTION TO DISMISS

Defendant Alaunus Pharmaceutical, LLC ("Alaunus"), by counsel, moves to dismiss Plaintiff's Complaint, as to Alaunus, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6). As fully set forth in Alaunus's accompanying brief, simultaneously filed herewith, Plaintiff's Complaint fails to set forth a viable claim for relief and must be dismissed.

WHEREFORE, Defendant Alaunus Pharmaceutical, LLC respectfully requests that Plaintiff's Complaint, as to Alaunus, dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).

LEWIS WAGNER LLP


By: /s/ Kameelah Shaheed-Diallo
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
JANELLE M. KILIES, #30708-49
*Attorneys for Defendant Alaunus Pharmaceutical LLC*


**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 13, 2013 using the CM/ECF system which sent notification of this filing to the following:

David W. Holub
8403 Merrillville Road
Merrillville, IN  46410


/s/ Kameelah Shaheed-Diallo
KAMEELAH SHAHEED-DIALLO


LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
kshaheed-diallo@lewiswagner.com
Q:\NECC\1 - Tacy\Federal Court Pleadings\Alaunus MTD.docx