IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NATHAN OWEN TACY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CAUSE NO:  3:12-cv-712-RL-CAN |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC. a/k/a NEW ENGLAND ) | |
| COMPOUNDING CENTER; ) | |
| AMERIDOSE, LLC; and ALAUNUS ) | |
| PHARMACEUTICAL, LLC, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT ALAUNUS PHARMACEUTICAL, LLC'S**
**CORPORATE DISCLOSURE**

Defendant Alaunus Pharmaceutical, LLC, by counsel, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:  Alaunus Pharmaceutical, LLC does not have any parent corporations and no publicly-held corporation owns 10% or more of Alaunus's stock.

LEWIS WAGNER LLP


By:   */s/ Kameelah Shaheed-Diallo*
          DINA M. COX, #18590-49
          KAMEELAH SHAHEED-DIALLO, #28058-49
          ROBERT M. BAKER IV, #25471-49
          *Attorneys for Defendants Alaunus Pharmaceutical LLC*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 13, 2013 using the CM/ECF system which sent notification of this filing to the following:

David W. Holub
8403 Merrillville Road
Merrillville, IN  46410

                                            */s/ Kameelah Shaheed-Diallo*
                                            KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202
Phone: (317) 237-0500
FAX:   (317) 630-2790
kshaheed-diallo@lewiswagner.com
Q:\NECC\1 - Tacy\Federal Court Pleadings\Corporate Disclosure_Alaunus.docx